UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CR321-0002

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO._____ |
| | ) | |
| v. | ) | Conspiracy to Commit |
| | ) | Mail Fraud |
| DAVID HARRELL | ) | 18 U.S.C. § 1349 |
| | ) | |
| | ) | Mail Fraud |
| | ) | 18 U.S.C. § 1341 |
| | ) | |
| | ) | False Statements |
| | ) | 18 U.S.C. § 1001 |
| | ) | |
| | ) | Aiding and Abetting |
| | ) | 18 U.S.C. § 2 |

FILED U.S. DISTRICT COURT
2021 MAY -6 A 8: 43
CLERK SO DIST OF GA.

## MOTION TO SEAL INDICTMENT

The United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as the defendant is in custody or has been released pending trial.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted this 6th day of May 2021.

DAVID H. ESTES
ACING UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947