IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>DAVID HARRELL )<br>)<br>Defendant ) | CASE NUMBER: CR 321-002 |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAY 20 P 4 12

M. AKINS
CLERK
SO. DIST. OF GA.

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Donna Powell_____ has deposited with the Court the sum of $ __1,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __20th__ day of _____May_____, __2021__, by Order of this Court.

JOHN E. TRIPLETT, ACTING CLERK

By: _____Mnyawa A. Akins_____
Deputy Clerk

(Rev. 03/20)