## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

**UNITED STATE OF AMERICA**

**V.**

**DAVID HARRELL**

**CASE NO. 3:21-CR-002**

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment, more specifically, $257,824 seized from 3001 Hwy 280, Ailey, Georgia 30410.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*
Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

The 27th of May 2021.

*/s/ Xavier A. Cunningham*

_____
Xavier A. Cunningham
Assistant United States Attorney