IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 321-002 |
| | ) | |
| DAVID HARRELL | ) | |

**O R D E R**

On January 26, 2022, United States District Judge Dudley H. Bowen, Jr., granted Defendant's motion for extension of time to file the Joint Status Report and to reopen the period of time to file pretrial motions. (Doc. nos. 42, 44.) Judge Bowen set various deadlines for production of additional discovery by the government, as well as a new deadline for filing pretrial motions. (Doc. no. 44, p. 2.) All deadlines have now passed, and the record reflects there are pending motions from both Defendant and the government. (Doc. nos. 23, 24, 40, 47.) Accordingly, the Court **DIRECTS** defense counsel and the government to file a joint status report by April 29, 2022, that states whether all pretrial motions have been satisfied or otherwise resolved. Any unresolved motions requiring a ruling by the Court must be listed by title and docket number. For the convenience of the parties, the form for the joint status report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Criminal, Joint Status Report.

The Court will require attendance at a hearing on any motion listed as unresolved and may require supplemental briefing prior to such hearing. The parties should only list motions over which the parties disagree. Motions not listed will be deemed resolved or waived.

SO ORDERED this 20th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA