**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 3:21-CR-2 |
| | ) | |
| **DAVID HARRELL** | ) | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

NOW COMES the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and notifies the Court that the items listed in the attached discovery index has been made available to defense counsel in discovery.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*//s// Tania D. Groover*

Assistant United States Attorney
Southern District of Georgia

1