UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:21-CR-002 |
| v. | ) | |
| DAVID HARRELL | ) | |

GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant.  A copy of the plea agreement will be provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
GA Bar No. 127947

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO 3:21-CR-002 |
| ) | |
| v. ) | |
| ) | |
| DAVID HARRELL ) | |
| ) | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 3rd day of August 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
GA Bar No. 127947

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422