# United States District Court
### SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **3:21 CR 0002**       Times: **1:15 PM - 2:05 PM**

United States of America

vs.

**David Harrell**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Troy Marsh, cja**
Attorney for Defendant

- [✓] Plea agreement  **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [ ] Plea of not guilty withdrawn and plea of _____ entered as to count(s) _____ of the indictment.
- [✓] Factual basis **Established.   Oral.**       Witness for factual basis **John Siegenthaler, DSS, Dep't. of State** .
- [ ] Adjudication of guilt _____
- [ ] Referred to probation office for pre-sentence investigation ___
- [ ] Sentencing Scheduled for _____ at _____ .
- [ ] Bond Continued ___       Bond modified to _____ .
- [ ] Bond set at _____ _____
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

*Plea not accepted. Defendant to be scheduled for trial.*

Honorable **Dudley H. Bowen, Jr., U. S. District Court Judge**       Date **8/20/2022**

Court Reporter    **Lisa Davenport**       Probation Officer **Joe Brown**

Courtroom Deputy Clerk    **Jeanne Hyder**       U.S. Marshal  **N. Scripture**