IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA

v.                                                                          3:21 CR 0002

DAVID HARRELL,                                          NOTICE OF JURY SELECTION AND TRIAL ASSIGNMENT

TAKE NOTICE that at the direction of the Presiding Judge, this case has been set:

DATE AND TIME:        MONDAY, OCTOBER 17, 2022 at 9:00 AM

LOCATION:             **FEDERAL JUSTICE CENTER
                      UNITED STATES DISTRICT COURT – COURTROOM 2
                      600 JAMES BROWN BOULEVARD
                      AUGUSTA, GEORGIA**

---

All requests for Jury Instructions shall be submitted and filed no less than seven days prior to jury selection.

Four copies each of a typed exhibit list and a typed witness list (in order of presentation) shall be provided to the Courtroom Deputy Clerk no later than the morning of trial with an additional copy of each list provided to opposing Counsel.

Any request for a continuance or postponement in this matter should be submitted in the form of a motion and filed with the Clerk of Court in accordance with the local rules.

Counsel should allow additional arrival time to clear security at the door and be prepared to produce personal identification upon request by Court Security Officers or the Clerk. Mobile telephones, tables, computers, and pagers are not permitted in the Courthouse environment.

Unless otherwise directed and noticed, face masks are required within the Courthouse building and entrance may be screened in accordance with the existing Covid 19 containment protocols. Social distancing should be practiced insofar as practicable.

---

DATE:  September 14, 2022

I hereby certify that the foregoing Notice was served on the date of issuance upon the attorneys of record in this case.

JOHN E. TRIPLETT, Clerk of Court
JEANNE M. HYDER, Courtroom Deputy clerk
706-849-4403