# United States District Court
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. 3:21 CR 0002

United States of America

vs.

DAVID HARRELL / 66

Defendant/Age

Tania Groover

U. S. Attorney

Troy W. Marsh, Jr.

Attorney for Defendant

[✓] Plea agreement **(Received).**  [✓] Defendant Sworn  [ ] Counsel Waived.

[ ] Plea agreement previously filed.

[ ] Arraigned and plead _____ to count(s) _____.

[✓] Plea of not guilty withdrawn and plea of **GUILTY** entered as to count(s) **ELEVEN (11)** of the indictment.

[✓] Factual basis **Established. Oral. Plea Accepted** Witness for factual basis **John Siegenthaler, DSS** [+].
 ↳ 8/30/22 hearing

[✓] Adjudication of guilt **Made.**

[✓] Referred to probation office for pre-sentence investigation ___

[✓] Sentencing Scheduled for **a later date** at **to be determined**.

[✓] Bond Continued **Yes.**   Bond modified to _____.

Bond set at _____.

[ ] Bond not made defendant in jail.

[ ] Defendant remanded to custody of United States Marshal.

The 8/30/22 COP hearing is adopted & incorporated into this day's COP hearing of ∆ Harrell.

Honorable **Dudley H. Bowen, Jr.** U. S. District Court Judge   Date **October 12, 2022**

Court Reporter **FTR/ Marantz**              Probation Officer **Joe Brown**

Courtroom Deputy Clerk **Jeanne Hyder**     U.S. Marshal A. Gutierrez

2:50 PM - 4:00 PM