# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

CHANGE OF PLEA IN  USA v. DAVID HARRELL

CRIMINAL NO.  3:21CR0002   AT  AUGUSTA, GEORGIA

*********************************************************

WITH CONSENT OF THE COURT, THE

DEFENDANT  DAVID HARRELL , HAVING

PREVIOUSLY ENTERED A PLEA OF  NOT GUILTY ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  GUILTY   TO  COUNT ELEVEN (11)

IN THE INDICTMENT.

THIS  12th  DAY OF  October , 2022.

_____
DAVID HARRELL, DEFENDANT

_____
COUNSEL FOR DEFENDANT
TROY W. MARSH, JR.