UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA

v.

DAVID HARRELL,

Defendant.

NOTICE

3:21 CR 0002

TAKE NOTICE that **at the direction of Judge Dudley H. Bowen, Jr.** a proceeding in the above criminal action has been set for the place, date and time set forth below.

DATE AND TIME:   Thursday, February 16, 2023, at 12:30 PM

*Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.*

Please allow extra arrival time to clear security at the door and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted and should be left in vehicle.

| | |
|---|---|
| PLACE: | J. ROY ROWLAND<br>UNITED STATES DISTRICT COURTHOUSE<br>COURTHOUSE SQUARE STATION<br>100 FRANKLIN STREET<br>DUBLIN, GEORGIA |
| PROCEEDING: | SENTENCING HEARING |

DATE: January 31, 2023

I hereby certify that the foregoing notice was served on the attorneys of record.

JOHN TRIPLETT, CLERK OF COURT
JEANNE M. HYDER, COURTROOM DEPUTY CLERK

706-849-4403